IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JUSTIN STRAUB,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY, INC., a corporation,<br><br>    Defendant. | CV 22–107–M–DLC–KLD<br><br><br>ORDER |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice. (Doc. 35.) The parties request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 3rd day of October, 2023.

_____
Dana L. Christensen, District Judge
United States District Court